UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Crim. No.: 6:12-CR-50-GFVT-HAI-1 |
| V. | ) ) | |
| WESLEY WILEY GWATHNEY, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly A. Ingram. [R. 46.] The Defendant, Wesley Gwathney, was charged with violating his supervised release in a Supervised Release Violation Report ("the Report") dated June 28, 2018. [*See id*. at 1.]

This is the second time the Defendant has violated the terms of his Supervised Release. The first time occurred in March 2018, when the Defendant tested positive for marijuana. The USPO recommended no action at that time and this Court approved the recommendation.

In June 2018, the Defendant tested positive for methamphetamine, leading the instant violation. [R. 46 at 2.] As a result, the Magistrate Judge recommended revocation with a term of incarceration of twelve (12) months with three (3) supervised release to follow with an added condition that the Defendant complete a six-month inpatient substance abuse program. [*Id.* at 10.] The Defendant has waived his right to allocution. [R. 47.]

Generally, this Court must make a *de novo* determination of those portions of a

recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 46**] as to Wesley Gwathney is **ADOPTED** as and for the Opinion of the Court;

2. Wesley Gwathney is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3. Wesley Gwathney's Supervised Release is **REVOKED**;

4. Wesley Gwathney is hereby sentenced to a term of incarceration of **twelve (12) months**; and

5. Three years of supervised release will follow his period of incarceration under the conditions imposed at Docket Entries 31 and 29, with the added condition that the Defendant shall complete a six-month inpatient substance abuse program immediately following the term of incarceration.

This the 31st day of July, 2018.

Gregory F. Van Tatenhove
United States District Judge